JON D. UNIVERSAL, SBN 141255
JAMES P. MAYO, SBN 169897
NEJLA NASSIRIAN, SBN 308730
BRETT H. WANNER, SBN 314025
DANE M. WILLIS, SBN 327901
**UNIVERSAL & SHANNON, LLP**
2240 Douglas Boulevard, Suite 290
Roseville, California 95661
Telephone: (916) 780-4050
Facsimile: (916) 780-9070

Attorneys for Defendant **FCA US LLC**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA L. TOWNSEND, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>FCA US LLC; and DOES 1 through 75, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-02322-TLN-DB<br><br>(Removed from Yolo County Superior Court, Case No. CV2020-1403)<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATE: April 12, 2021

_____
Troy L. Nunley
United States District Judge